RATIGAN ET AL. *v.* DAVIS ET AL.

No. 547. Decided January 6, 1964.

*Benjamin M. Wall* for appellants.

*William R. King* and *Seymour L. Smith* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

SPATT *v.* CITY OF NEW YORK ET AL.

No. 562. Decided January 6, 1964.

*Charles E. Bernstein* for appellant.

*Leo A. Larkin, Stanley Buchsbaum* and *Solomon Portnow* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.